# UNITED STATES DISTRICT COURT

for the

Western District of North Carolina

Charlotte Division

FILED

CHARLOTTE, NC

JAN 2 2 2021

US DISTRICT COURT
WESTERN DISTRICT OF NC

|  |  |
|---|---|
| Marcus Smith | ) Case No. **3:21-cv-00034-RJC** |
| | ) *(to be filled in by the Clerk's Office)* |
| *Plaintiff(s)* | ) |
| *(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | ) Jury Trial: *(check one)* ☒ Yes ☐ No |
| **-v-** | ) |
| Lowes Companies, Inc | ) |
| *Defendant(s)* | ) |
| *(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | ) |

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Marcus Smith |
| Street Address | 608 Sawyer Mill Rd   Apt 104 |
| City and County | Charlotte, Mecklenburg |
| State and Zip Code | North Carolina 28262 |
| Telephone Number | (404) 782-1756 |
| E-mail Address | marcusglennsmith@yahoo.com |

**B.** **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Roxanne Tobletes |
| Job or Title *(if known)* | Head Cashier |
| Street Address | 10275 Perimeter Pkwy |
| City and County | Charlotte, Mecklenburg |
| State and Zip Code | NC 28216 |
| Telephone Number | HR 1844-475-6937 |
| E-mail Address *(if known)* | N/A |

Defendant No. 2

| | |
|---|---|
| Name | Mack Wiggins |
| Job or Title *(if known)* | ASM |
| Street Address | 10275 Perimeter Pkwy |
| City and County | Charlotte, Mecklenburg |
| State and Zip Code | NC 28216 |
| Telephone Number | HR 1844-475-6937 |
| E-mail Address *(if known)* | N/A |

Defendant No. 3

| | |
|---|---|
| Name | Artie Brooker |
| Job or Title *(if known)* | ASM |
| Street Address | 10275 Perimeter Pkwy |
| City and County | Charlotte, Mecklenburg |
| State and Zip Code | NC 28216 |
| Telephone Number | HR 1844-475-6937 |
| E-mail Address *(if known)* | N/A |

Defendant No. 4

| | |
|---|---|
| Name | Beth |
| Job or Title *(if known)* | Scheduler |
| Street Address | 10275 Perimeter Pkwy |
| City and County | Charlotte, Mecklenburg |
| State and Zip Code | NC 28216 |

|  |  |
|---|---|
| Telephone Number | HR 1844-475-69375 |
| E-mail Address *(if known)* | N/A |

## C.   Place of Employment

The address at which I sought employment or was employed by the defendant(s) is

|  |  |
|---|---|
| Name | Lowes |
| Street Address | 10275 Perimeter Pkwy |
| City and County | Charlotte, Mecklenburg |
| State and Zip Code | NC 28216 |
| Telephone Number | HR 1844-475-69375 |

## II.   Basis for Jurisdiction

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

☒   Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

*(Note:  In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐   Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note:  In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

☒   Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note:  In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐   Other federal law *(specify the federal law)*:
N/A

☐   Relevant state law *(specify, if known)*:
N/A

☐   Relevant city or county law *(specify, if known)*:
N/A

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

- ☐ Failure to hire me.
- ☐ Termination of my employment.
- ☒ Failure to promote me.
- ☒ Failure to accommodate my disability.
- ☒ Unequal terms and conditions of my employment.
- ☒ Retaliation.
- ☐ Other acts *(specify)*: _____

    *(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B. It is my best recollection that the alleged discriminatory acts occurred on date(s)

    05/20/19 -04/20/20

C. I believe that defendant(s) *(check one)*:

- ☒ is/are still committing these acts against me.
- ☐ is/are not still committing these acts against me.

D. Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

- ☐ race _____
- ☐ color _____
- ☒ gender/sex    Roxanne TobletesR
- ☐ religion _____
- ☐ national origin _____
- ☐ age *(year of birth)* _____ *(only when asserting a claim of age discrimination.)*
- ☒ disability or perceived disability *(specify disability)*

    Artie Brooker

E. The facts of my case are as follows. Attach additional pages if needed.

I. I began employment with the above employer in December 2018 and transferred to the above location in March 2019. Throughout my employment, I have been subjected to harassment and difference in treatment based on my sexual orientation and medical condition. I have been called derogatory terms including but not limited to queer, faggot, prostitute, and male stripper by my coworkers and direct reports. My coworkers made fun of my medical condition. I have also been assaulted by a manager. I have complained about this harassment on multiple occasions to the district manager and I never received a follow up to address my complaints. I submitted multiple complaints to HR regarding the harassment and difference in treatment, however, no remedial action was taken and the treatment continued. Although I was eligible for promotions, I was denied promotions due to my sexual orientation and race. I was given unjustified disciplinary actions by my supervisors in order to prevent me from being promoted or transferred to a different store per my request to transfer in order to escape the harassment. I ultimately had no choice but to submit my resignation on April 22, 2020.

*(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

## IV. Exhaustion of Federal Administrative Remedies

A.    It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*

04-20-20 AND 10-29-20

B.    The Equal Employment Opportunity Commission *(check one)*:

☐    has not issued a Notice of Right to Sue letter.

☒    issued a Notice of Right to Sue letter, which I received on *(date)*   11/20/2020   .

*(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C.    Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☒    60 days or more have elapsed.

☐    less than 60 days have elapsed.

## V.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Lowes discriminated against based on my race (Black), sexual orientation, and have been retaliated against for engaging in protected activity in violation of Title VII of the Civil Rights Act of 1964, as amended. Lowes also discriminated against me based on my disability in violation of the Americans with Disabilities Act of 1990, as amended.The plaintiff is requesting  Lowes pay  $50,000 in compensatory damages but $10,000 in punitive damages I had a mild stoke due the stress and torment and the miss treatment at work. Lowes failed to proctet me as employees denying my rights. Lowes 2352 refused to let me go to advance in my career. I had at least 8 position offered to me outside the store at other Lowes locations the store refused to release me. and 1 position offered to me within the store with was Overnight Supervisor  and I interview and I was offer the job  but I declined, because I don't want to work overnight.  I have been emotionally abused for months at this location. what steps have I taken to try to resolve the situation I have made at Several formal and informal complaint against Management. I made least eight cases to associates relations to address these concerns. I do not know that they were address or not however, I do not see any evidence that they were. When I asked for specific information regarding investigations, I do not get an answer; beside it was taken care of. So, then I received a call from one associate relations adviser that indicated that they recommend to the store manager to approve me to transfer to resolve some the issue at the current store. it was communicated by associate relations that all they can do is make a recommendation and ultimately the store manager we have the power to approve or deny a transfer. So, then I went to secure a position at another store. I interviewed and spoke with store manager and was willing to except based on approval from the store manager. There is abuse of power and I believe management created a circus act where everybody was instructed to make my workday miserable.

## VI.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.        For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:        1/21/2021

Signature of Plaintiff

Printed Name of Plaintiff    Marcus Smith

**B.**     **For Attorneys**

Date of signing:      _____

Signature of Attorney     _____

Printed Name of Attorney    _____

Bar Number     _____

Name of Law Firm     _____

Street Address     _____

State and Zip Code     _____

Telephone Number     _____

E-mail Address     _____

EEOC Form 161 (11/16)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## DISMISSAL AND NOTICE OF RIGHTS

| | |
|---|---|
| To: Marcus G. Smith<br>608 Sawyer Mill Rd<br>APT 104<br>Charlotte, NC 28262 | From: **Charlotte District Office**<br>**129 W. Trade Street**<br>**Suite 400**<br>**Charlotte, NC 28202** |

☐ On behalf of person(s) aggrieved whose identity is
CONFIDENTIAL (29 CFR §1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 430-2021-00158 | **Farkhunda S. Akhtar,**<br>**Investigator** | **(980) 296-1259** |

### THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:

☐ The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

☐ Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

☐ The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

☒ Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

☐ The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

☐ The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

☐ Other (briefly state)

### - NOTICE OF SUIT RIGHTS -

(See the additional information attached to this form.)

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years)** before you file suit may not be collectible.

On behalf of the Commission

_Thomas M. Colclough_

**Thomas M. Colclough,**
**District Director**

16-NOV-2020

(Date Mailed)

Enclosures(s)

cc: Patti Lane, Paralegal
Lowe's Companies, Inc.
1000 Lowe's Blvd
Mailcode: LGL
Mooresville, NC 28117

EEOC Form 5 (11/09)

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form.

| Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|
| ☐ FEPA | |
| ☒ EEOC | **430-2021-00158** |

_____ and EEOC

*State or local Agency, if any*

| Name *(indicate Mr., Ms., Mrs.)* | Home Phone | Year of Birth |
|---|---|---|
| **DR. MARCUS G SMITH** | **(404) 782-1756** | **1983** |

Street Address                    City, State and ZIP Code

**608 SAWYER MILL RD, APT 104, CHARLOTTE,NC 28262**

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (*If more than two, list under PARTICULARS below.*)

| Name | No. Employees, Members | Phone No. |
|---|---|---|
| **LOWE'S OF CHARLOTTE NORTHLAKE MALL** | **501+** | **(704) 501-4420** |

Street Address                    City, State and ZIP Code

**10275 PERIMETER PARKWAY, CHARLOTTE, NC 28216**

| Name | No. Employees, Members | Phone No. |
|---|---|---|
| | | |

Street Address                    City, State and ZIP Code

DISCRIMINATION BASED ON *(Check appropriate box(es).)*

☒ RACE    ☐ COLOR    ☒ SEX    ☐ RELIGION    ☐ NATIONAL ORIGIN

☒ RETALIATION    ☐ AGE    ☒ DISABILITY    ☐ GENETIC INFORMATION

☐ OTHER *(Specify)*

DATE(S) DISCRIMINATION TOOK PLACE

Earliest **03-01-2019**    Latest **04-22-2020**

☐ CONTINUING ACTION

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s)):*

**I. I began employment with the above employer in December 2018 and transferred to the above location in March 2019. Throughout my employment, I have been subjected to harassment and difference in treatment based on my sexual orientation and medical condition. I have been called derogatory terms including but not limited to queer, faggot, prostitute, and male stripper by my coworkers and direct reports. My coworkers made fun of my medical condition. I have also been assaulted by a manager. I have complained about this harassment on multiple occasions to the district manager and I never received a follow up to address my complaints. I submitted multiple complaints to HR regarding the harassment and difference in treatment, however, no remedial action was taken and the treatment continued. Although I was eligible for promotions, I was denied promotions due to my sexual orientation and race. I was given unjustified disciplinary actions by my supervisors in order to prevent me from being promoted or transferred to a different store per my request to transfer in order to escape the harassment. I ultimately had no choice but to submit my resignation on April 22, 2020.**

| | |
|---|---|
| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. SIGNATURE OF COMPLAINANT |
| **Digitally signed by Marcus Smith on 11-04-2020 12:13 PM EST** | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE *(month, day, year)* |

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION<br><br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br><br>☐ FEPA<br>☒ EEOC | Agency(ies) Charge No(s):<br><br>**430-2021-00158** |
|---|---|---|
| | | and EEOC |

*State or local Agency, if any*

**II. I believe that I have been discriminated against based on my race (Black), sexual orientation, and have been retaliated against for engaging in protected activity in violation of Title VII of the Civil Rights Act of 1964, as amended. I also believe I have been discriminated against based on my disability in violation of the Americans with Disabilities Act of 1990, as amended.**

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct.<br><br><br>**Digitally signed by Marcus Smith on 11-04-2020 12:13 PM EST** | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT<br><br>SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>(*month, day, year*) |